IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASDEEP SINGH GREWAL;
MANMOHAN SINGH BHAMRA; PLAINTIFFS/
and JASBIR SINGH COUNTER-DEFENDANTS

v. 3:16-cv-101-DPM

HARMINDER SINGH HIRA; and DEFENDANTS/
JJB&H HOTELS LLC COUNTER-CLAIMANTS

ORDER

I need help evaluating a recusal issue. The Das family and my family are next-door neighbors and have been for many years. We're not close friends, but we're friendly and work together regularly on neighbor things. Though I can't recall particulars, my memory is that I also represented Junior Das and his brother on some business-related matters in the early 2000s when I practiced law at Barrett & Deacon. I know from the counterclaim that Junior Das was part of the entity that sold the hotel. Please file a notice with whatever specific information you deem appropriate about the Das family members' role in the parties' dispute and this case. For example: Are any Das family members likely to be witnesses? Do they have anything to gain or lose depending on how this case comes out? This will help me decide, before the

case moves into the merits, whether my impartiality might reasonably be questioned. Notice due by 15 February 2017.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2017