IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JASDEEP SINGH GREWAL; MANMOHAN SINGH BHAMRA; and JASBIR SINGH | PLAINTIFFS/ COUNTER-DEFENDANTS |
| v.   3:16-cv-101-DPM | |
| HARMINDER SINGH HIRA; and JJB&H HOTELS LLC | DEFENDANTS/ COUNTER-CLAIMANTS |

## ORDER

The Court appreciates the parties' notices. № 22 & 23. Because one of my long-time next-door neighbors will be a witness, and because this case's outcome might affect the debt to a company he partly owns, I conclude my impartiality in this case might reasonably be questioned. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2017