## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JASDEEP SINGH GREWAL, MANMOHAN**                **PLAINTIFFS /**
**SINGH BHAMRA, and JASBIR SINGH,**       **COUNTERCLAIM DEFENDANTS**

**V.**                **CASE NO. 3:16-CV-00101**

**HARMINDER SINGH HIRA and**               **DEFENDANTS /**
**JJB&H HOTELS LLC,**             **COUNTERCLAIM PLAINTIFFS**

## JOINT MOTION TO EXTEND DEADLINES

Plaintiffs / Counterclaim Defendants Jasdeep Singh Grewal, Manmohan Singh Bhamra, and Jasbir Singh ("Plaintiffs") and Defendants / Counterclaim Plaintiffs Harminder Singh Hira and JJB&H Hotels, LLC ("Defendants" and collectively with Plaintiffs, the "Parties"), by and through counsel, for their Joint Motion to Extend Deadlines, respectfully state as follows:

1.      On December 9, 2016, the Amended Final Scheduling Order was entered in this case that set, among other things, a discovery cutoff of May 8, 2017 and a trial date of September 11, 2017. [D.E. 13.]

2.      The Parties have been actively engaged in discovery in order to meet the deadlines set by the Amended Final Scheduling Order.

3.      With leave of the Court, the Defendants filed a Second Amended Counterclaim that asserted additional facts and claims on January 27, 2017. [D.E. 18.]

4.      On February 21, 2017, Judge Marshall entered an Order recusing from this case. [D.E. 23.] This case was then reassigned to Judge Holmes. [D.E. 24.]

5.      As this case has developed through written discovery and otherwise, the Parties have determined that a number of previously unanticipated depositions need to be conducted, including possible depositions of out-of-state non-party witnesses.

6.      Due to the additional discovery needs and other obligations of counsel, the Parties jointly request that the following deadlines in the Amended Final Scheduling Order be extended as follows:

- Joint status report due – April 5, 2017.

- Plaintiffs shall identify all exert witnesses and produce their opinions – April 5, 2017.

- Defendants shall identify all expert witnesses and produce their opinions – May 5, 2017.

- Plaintiffs shall identify any rebuttal expert witnesses and produce their opinions by – May 22, 2017.

- Discovery cutoff – June 5, 2017.

- Dispositive motions due – July 7, 2017.

- Joint status report, including settlement conference request due – July 7, 2017.

- Deposition designations exchanged – July 24, 2017.

7.      The proposed deadlines set forth above would extend most of the current deadlines set forth in the Amended Final Scheduling Order by approximately four weeks.  The current deadlines for submission of motions in limine, pre-trial disclosure sheets, trial briefs, and stipulation of background facts are not affected by the proposed extensions.

8.      Alternatively, in the event that the Court believes the above proposed extensions are not feasible because of the current September 11, 2017 trial date, the Court's schedule, or otherwise, the Parties request that a Second Amended Final Scheduling Order be entered with a new trial date, discovery cutoff, and other appropriate deadlines.  If it would assist the Court, the

Parties will jointly prepare a proposed Second Amended Final Scheduling Order for the Court's consideration.

WHEREFORE, the Parties submit this Joint Motion to Extend Deadlines and respectfully request that the Court enter an Order extending the deadlines as requested herein or, alternatively, enter a Second Amended Final Scheduling Order.

Respectfully Submitted,

ROSE LAW FIRM,
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
(501) 377-0317 (direct)
(501) 375-1309 (facsimile)

By:    */s/ David S. Mitchell, Jr.*
David S. Mitchell, Jr.
Arkansas Bar No. 2010271
*dmitchell@roselawfirm.com*

Attorney for Plaintiffs


LYONS & CONE, P.L.C.
P. O. Box 7044
Jonesboro, AR 72403
(870) 972-5440

By:    /s/ Jim Lyons
Jim Lyons, State Bar No. 77083
David D. Tyler, State Bar No. 99154
jlyons@leclaw.com
dtyler@leclaw.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, David S. Mitchell, Jr., do hereby certify that on this 22nd day of February 2017, the foregoing was filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel in this case.

/s/ David S. Mitchell, Jr.

4