# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| JASDEEP SINGH GREWAL;<br>MANMOHAN SINGH BHAMRA;<br>and JASBIR SINGH | PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS |
| v. NO. 3:16CV00101 JLH | |
| HARMINDER SINGH HIRA;<br>and JJB&H HOTELS, LLC | DEFENDANTS/<br>COUNTERCLAIM PLAINTIFFS |

## **ORDER**

The joint motion to extend deadlines is GRANTED. Document #30. The discovery deadline is extended to January 29, 2018, and the motion deadline is extended to February 12, 2018.

IT IS SO ORDERED this 18th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE