# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JASDEEP SINGH GREWAL; *et al.*                                              PLAINTIFFS

v.                              NO. 3:16CV00101 JLH

HARMINDER SINGH HIRA; *et al.*                                              DEFENDANTS

## ORDER

The Court has determined that the bench trial of this matter scheduled for the week of March 12, 2018, in Jonesboro, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 1st day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE