IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JASDEEP SINGH GREWAL; *et al.*                                         PLAINTIFFS

v.                       NO. 3:16CV00101 JLH

HARMINDER SINGH HIRA; *et al.*                                    DEFENDANTS

## **ORDER**

The amended final scheduling order set this matter for bench trial sometime during the week of May 14, 2018. The Court has determined that the bench trial will begin at **1:30 p.m., on MONDAY, MAY 14, 2018**, in Courtroom #324, E.C. "Took" Gathings Federal Courthouse, 615 South Main Street, in Jonesboro, Arkansas. Counsel and parties should be present by 1:00 p.m.

IT IS SO ORDERED this 25th day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE