# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| JASDEEP SINGH GREWAL;<br>MANMOHAN SINGH BHAMRA;<br>and JASBIR SINGH | PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS |
| v.    NO. 3:16CV00101 JLH | |
| HARMINDER SINGH HIRA;<br>and JJB&H HOTELS, LLC | DEFENDANTS/<br>COUNTERCLAIM PLAINTIFFS |

## **ORDER**

The parties have notified the Court that this case has been settled. Therefore, this action, including all claims asserted by the plaintiffs and all counterclaims asserted by the defendants, is dismissed with prejudice.

IT IS SO ORDERED this 16th day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE